IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NORTHERN ASSURANCE CO. OF AMERICA, *et al.*, | ) ) | |
| Plaintiffs/Counterclaim-Defendants, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 11-00283-KD-N |
| C & G BOAT WORKS, INC., | ) ) | |
| Defendant/Counterclaim-Plaintiff. | ) | |

**JUDGMENT**

In accordance with the order entered this date (Doc. 41) granting the motion for summary judgment filed by Defendant/Counterclaim-Plaintiff C & G Boat Works, Inc. ("C&G") (Doc. 28) and denying the motion for summary judgment filed by Plaintiffs/Counterclaim-Defendants Northern Assurance Company of America, National Union Fire Insurance Company of Pittsburgh, PA, Indemnity Insurance Company of North America, Great American Insurance Company, AGCS Marine Insurance Company, Essex Insurance Company, Catlin Insurance Company, Zurich American Insurance Company, and Travelers Insurance Company (collectively, "Plaintiffs" or "Underwriters") (Doc. 27), it is hereby:

1. **DECLARED** that Underwriters are required to indemnify C&G for the damages that C&G may become legally obligated to pay for the full costs of replacement of Hull 117's engines.

2. **ORDERED, ADJUDGED** and **DECREED** that the Plaintiffs' claim against Defendant C&G is **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **15th** day of **May 2012**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**