IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| NORTHERN ASSURANCE COMPANY OF AMERICA, et al, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 1:11-CV-00283 |
| vs. | )<br>) |
| C & G BOAT WORKS, INC. | )<br>) |
| Defendant. | ) |

## NOTICE OF SERVICE

Please take notice that Plaintiffs have served the following upon all parties in this matter.

1. Pre-Trial Disclosures.

Respectfully submitted on this the 16th day of May, 2012.

                                                    */s/ John W Johnson, II*
                                                    LaBella S. Alvis, Esq.
                                                    John W Johnson, II, Esq.
                                                    Attorneys for Plaintiffs/Counter Defendants

**OF COUNSEL:**
Christian & Small LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203
Telephone: (205) 795-6588

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have this date served a copy of the foregoing pleading upon all counsel of record in this cause by using the CM/ECF system or by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 16th day of May, 2012.

    Ralph E. Kraft, Esq.
    F. Douglas Gatz, Esq.
    600 Jefferson Street, Suite 410
    LaFayette, Louisiana 70501

                                       */s/ John W Johnson, II*
                                       OF COUNSEL